UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA HOPSON,**<br><br>              Plaintiff,<br><br>      v.<br><br>**W H BRESHEARS, INC.,**<br><br>              Defendant. | 1:14-cv-1983-LJO-GSA<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 11)** |

On May 18, 2015, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 11 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action.

**SO ORDERED**
**Dated: May 27, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

1